# United States District Court
## WESTERN DISTRICT OF NEW YORK

MICHAEL NOLAN

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-922

v.

WESTERN REGIONAL OFF TRACK
BETTING CORPORATION, et al.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Defendants' Motion to Dismiss is Granted.

Date: October 13, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
  Deputy Clerk