UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Michael Nolan

                    Plaintiff(s),

                                    ***MEDIATION CERTIFICATION***

                                           __21__ - cv - __00922__

                    v.

Western Regional Off Track Betting Corp., Richard Bianchi and Henry Wojtaszek v. Steve Cohen

                  Defendant(s).

_____

    I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ____3/14/25____.

    ☑ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on_____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.***

***Date:*** 03/17/2025                         ***Mediator:*** /S/ Kenneth A. Manning

***Additional Comments:***
The settlement is subject to Board approval of Defendant Western Regional Off-Track Betting Corp.